# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2020

159883

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRYL WADE SHELTON,
      Defendant-Appellant.

SC: 159883
COA: 337796
Washtenaw CC: 15-000590-FC

_____/

      By order of July 1, 2020, this Court remanded this case to the Court of Appeals while retaining jurisdiction. The Court of Appeals issued a second opinion on August 20, 2020. The parties having now filed a stipulation to dismiss the pending application, the application for leave to appeal the November 27, 2018 judgment of the Court Appeals is considered, and it is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2020



Clerk

t1006